**Robert M. LEVINE, Petitioner—Appellant,**

v.

**Michael PETTIFORD, Warden, Respondent—Appellee.**

No. 06–7666.

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2007.

Decided: June 5, 2007.

Robert M. Levine, Appellant Pro Se.

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert M. Levine, a federal prisoner, appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition, and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *See Levine v. Pettiford,* No. 9:06–cv–01265 (D.S.C. July 28 and Aug. 22, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*